IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **RODWELL POOLE,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 08-00485-CG-B** |
| **TOMMY BUFORD,** *et al.*, | : | |
| Respondents. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby dismissed without prejudice, as prematurely filed.

**DONE** and **ORDERED** this 23rd day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE